UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWIN HOWARD,<br><br>     Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Case No. 1:24-cv-00363-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 11) |

Pending before the Court is Plaintiff's stipulated request to extend his deadline to file a motion for summary judgment from June 24, 2024, to July 24, 2024.  (Doc. 11).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED,

Plaintiff shall file his motion for summary judgment by no later than **July 24, 2024**. Defendant shall file its opposition/cross-motion for summary judgment by no later than **August 23, 2024**.

IT IS SO ORDERED.

Dated:   **June 21, 2024**                                  _____
                                                                      UNITED STATES MAGISTRATE JUDGE