# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWIN HOWARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-cv-00363-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 17) |

Pending before the Court is Defendant's stipulated request to the deadline to file a response to Plaintiff's motion for summary judgment, from August 28, 2024, to September 18, 2024. (Doc. 17). For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

Defendant shall file a response to Plaintiff's motion for summary judgment by no later than **September 18, 2024**. Plaintiff shall file any optional reply by no later than **October 2, 2024**.

IT IS SO ORDERED.

Dated:   **August 28, 2024**

_____
UNITED STATES MAGISTRATE JUDGE